SYPHER et al. v. BOUVIER–IAEGER COAL LAND CO. (Circuit Court of Appeals, Fourth Circuit. December 20, 1911.) No. 1,026. Appeal from the Circuit Court of the United States for the Southern District of West Virginia, at Charleston. John H. Holt (Holt & Duncan and I. D. West, on the brief), for appellants. George E. Price and John V. Bouvier, Jr. (Price, Smith, Spilman & Clay, on the briefs), for appellee. Before GOFF and PRITCHARD, Circuit Judges, and WADDILL, District Judge.

PER CURIAM. This court, after a thorough examination of the voluminous record of this cause and careful consideration of the interesting and instructive briefs of counsel filed herein, is impelled to the conclusion reached by the court below, and, not finding it necessary to either add to or take from the opinion of the learned trial judge, doth adopt and announce the same as the conclusion reached by this court. 186 Fed. 644. Affirmed.

---

TEXARKANA GAS & ELECTRIC CO. v. POWELL et al.† (Circuit Court of Appeals, Fifth Circuit. January 9, 1912.) No. 2,293. In Error to the Circuit Court of the United States for the Eastern District of Texas. Jno. J. King, for plaintiff in error. Horace W. Vaughan, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the judges are of opinion that this case was correctly ruled in the court below, and it is therefore affirmed.

---

TEXAS & P. RY. CO. v. HOWELL. (Circuit Court of Appeals, Fifth Circuit. December 11, 1911.) No. 2,213. In Error to the Circuit Court of the United States for the Eastern District of Texas. F. H. Prendergast, for plaintiff in error. S. P. Jones, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. On the evidence this case was properly submitted to a jury. The instructions given to the jury cover the case, and they are, so far as attacked in this court, free from reversible error. Necessarily the judgment of the Circuit Court is affirmed.

---

TEXAS & P. RY. CO. v. TUCKER. (Circuit Court of Appeals, Fifth Circuit. December 11, 1911.) No. 2,267. In Error to the Circuit Court of the United States for the Northern District of Texas. J. M. Wagstaff, for plaintiff in error. Theodore Mack, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment of the Circuit Court is affirmed.

---

UNITED STATES v. GEE SING, alias GEE SUEY. (Circuit Court of Appeals, Fifth Circuit. December 19, 1911.) No. 2,211. Appeal from the District Court of the United States for the Eastern District of Louisiana. Louis H. Burns, Asst. U. S. Atty. (Charlton R. Beattie, U. S. Atty., on the brief), for the United States. Chandler C. Luzenberg, for appellee. Before McCORMICK and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. The evidence, in our opinion, sustains the decision of the District Court, and the right of the appellee to remain in the United States. Affirmed.

† Rehearing denied February 6, 191